IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 SEP 22 PM 2:48
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD

| | |
|---|---|
| JORGE VILLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br>Plaintiff, | CAUSE NO.:<br>A-15-CA-00652-SS |
| -vs- | |
| SOLARWINDS, INC., KEVIN B. THOMPSON, JASON REAM,<br>Defendants. | |

## ORDER

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice;

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 22nd day of September 2015.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE